IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00173-2

UNITED STATES OF AMERICA

v.

ELIZABETH HALL LACASS

**ORDER TO SEAL**

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (CM/ECF # 101) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 4 day of September, 2020.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE