IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-173-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ELIZABETH HALL LACASS, ) | |
| ) | |
| Defendant. ) | |

Not later than November 17, 2023, the United States shall respond to defendant's motion to reduce sentence [D.E. 198].

SO ORDERED. This 23 day of October, 2023.

JAMES C. DEVER III
United States District Judge